UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:12-cr-78-T-24TBM

STANLEY COLLINS

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (D-60), pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), which, at sentencing, shall become a final order of forfeiture as to the Defendant's interest in $149,885.00 in U.S. currency.

Being fully advised in the premises, the Court hereby finds that at the conclusion of the jury trial, a guilty verdict was entered against the Defendant on Count One for conspiracy to possess with intent to distribute or to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. § 841(a)(1), in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii), and on Count Two with attempted possession with the intent to distribute or to distribute five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A)(ii).

The Court further finds that by virtue of the guilty verdict, and the facts that were proven at trial, the United States has established the requisite nexus between the property sought for forfeiture and the violations charged in Counts One and Two. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, the United States' Motion for Preliminary Order of Forfeiture (D-60) is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), the currency identified above is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Chambers in Tampa, Florida, this 11th day of May, 2012.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
James A. Muench, AUSA
Counsel of Record